UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM C. BOND,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action 10-1617 (RCL) |

**JUDGMENT**

For the reasons stated by the Court in its memorandum docketed this same day, it is hereby

**ORDERED** that Bond's motions to strike [Dkt. ##13, 25] are **DENIED**,

**ORDERED** and **ADJUDGED** that defendants' motions to dismiss [Dkt. ##10, 24] are **GRANTED**, and it is further

**ORDERED** and **ADJUDGED** that Bond's motion for leave to file a second amended complaint [Dkt. #26], is **DENIED**.

This case now stands **DISMISSED WITH PREJUDICE**. This is a final and appealable order. *See* Federal Rule of Appellate Procedure 4(a).

Signed on December 6, 2011 by Chief Judge Royce C. Lamberth.